IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFF HATCHER and MICHELLE HANSFORD, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:14-cv-432-M |
| CITY OF GRAND PRAIRIE and WESLEY BEMENT, | § § § § | |
| Defendants. | § | |

# **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court DENIES Defendant Wesley Bement's Rule 12(b)(6) motion to dismiss [Dkt. No. 9] and GRANTS his Request for a Rule 7(a) Reply to Immunity Defense. The Court GRANTS Defendant City of Grand Prairie's Motion to Dismiss [Dkt. No. 8]. Plaintiffs must, within 21 days from the date of this Order, file an amended complaint addressing the pleading deficiencies in their municipal liability claims identified in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and provide in the amended complaint or a separate Rule 7(a) reply the particular facts that Plaintiffs contend demonstrate that Officer Bement is not entitled to qualified immunity. If Plaintiffs fail to do so, all claims

against all defendants will be dismissed with prejudice without further notice.

SO ORDERED this 6th day of August, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS