IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFF HATCHER and MICHELLE HANSFORD, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:14-CV-432-M |
| CITY OF GRAND PRAIRIE and WESLEY BEMENT, | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on December 15, 2014. *See* Dkt. No. 36. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Wesley Bement's Second Motion to Dismiss for Failure to State a Claim [Dkt. No. 28] is denied.

The City of Grand Prairie's Second Motion to Dismiss [Dkt. No. 27] is granted with prejudice.

**SO ORDERED** this 14th day of January, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**